**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CR-08-25-07-JHP** |
| | ) | |
| **PHILLIP JEROME WARRIOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pursuant to the provisions of 18 U.S.C. § 4241 and § 4242 and this Court's order of
April 8, 2008, the Defendant was committed to the medical Center for Federal Prisoners in
Englewood, Colorado, for observation and examination. Having received that Medical
Center's report, filed herein on July 7, 2008, the Court conducted an evidentiary hearing on
July 21, 2008, for the purpose of determining the Defendant's present mental competence to
stand trial.

The government was present through Robert Wallace, Assistant United States
Attorney. The Defendant was present in person and was represented by counsel, Mark
Green. Both parties had received and read the Center's psychological evaluation report on
this Defendant prepared by David E. Morrow, Ph.D., Forensic Psychologist. Both sides
stipulated that the report be introduced into evidence and that the Court make its
determination based solely upon the report. Having read and examined the report filed
herein, the Court finds the Defendant is not suffering from any mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist his attorney in the preparation of a defense.

Accordingly, the Court finds and orders that the Defendant is mentally competent to stand trial. It is the further order of this Court that the Medical Center's report filed herein be sealed until further order of this Court.

IT IS SO ORDERED this  21st  day of July, 2008.

James H. Payne
United States District Judge
Eastern District of Oklahoma